Jeremy C. Johnson, Bar #025203
Courtney D. Moran, Bar #034064
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7868
jjohnson@jshfirm.com
cmoran@jshfirm.com

Attorneys for Defendants Noel Escobar and
Graybar Electric Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Belem Chavira, a single woman, | NO. |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF REMOVAL** |
| v. | |
| Noel Escobar and Jane Doe Escobar, husband and wife, Graybar Electric Company, Inc., a New York corporation; and John Does I-X, | |
| Defendants. | |

Defendants Noel Escobar and Graybar Electric Company, Inc. ("Defendants"), by and through undersigned counsel, hereby files this Notice of Removal of this action to the United States District of Arizona and states as follows:

1. On or about December 5, 2018, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption "Belem Chavira v. Noel Escobar and Jane Doe Escobar; Graybar Electric Company, Inc.; John Does I-X." Defendant Noel Escobar was served with the Summons and Complaint on January 15, 2019. Defendant Graybar Electric Company, Inc. was served with the Summons and Complaint on January 3, 2019. A copy of all of the initial pleadings are attached hereto as **Exhibit A**.

7339899.1

2. Defendant Noel Escobar is a resident of Clark County, State of Washington. Defendant Graybar Electric Company, Inc. is a foreign corporation with its principle place of business in Clayton, Missouri. Clayton, Missouri is also the "nerve center" for Defendant Graybar Electric Company. According to the Complaint, Plaintiff is a resident of Maricopa County, State of Arizona.

3. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that Plaintiff alleges the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and the action is between citizens of different states. Plaintiff's Complaint specifically alleges that this matter is a Tier 3 case pursuant to the Arizona Rule of Civil Procedure 8(b)(2). *Id.* Thus, Plaintiff is seeking at least $300,000 in damages. *See* Ariz. Civ. P. 8(b)(2); Ariz. Civ. P. 26.2(c)(3). Based upon this information, the amount in controversy well exceeds the jurisdictional limits for diversity jurisdiction. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441, *et seq.*

4. This Notice of Removal is filed timely within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(d).

5. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

6. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached at **Exhibit B**.

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

7339899.1                                    2

DATED this 4th day of February 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By: /s/ Courtney D. Moran
    Jeremy C. Johnson
    Courtney D. Moran
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendants Noel Escobar
    and Graybar Electric Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Kent Hammond
RUDOLP & HAMMOND, LLC.
8689 E. San Alberto Drive
Scottsdale, Arizona 85258
Attorneys for Plaintiff

/s/ Carole B. Hauser