EXHIBIT A

Case 2:19-cv-00718-JJT   Document 1-3   Filed 02/04/19   Page 2 of 13

CHRIS DEROSE
Clerk of the Superior Court
By Jennifer Ford, Deputy
Date 12/05/2018 Time 13:38:26
Description                    Amount
--------- CASE# CV2018-014369 ---------
CIVIL NEW COMPLAINT             333.00

TOTAL AMOUNT                    333.00
            Receipt# 26931669

**RUDOLPH & HAMMOND, LLC.**
Kent Hammond, Esq., #015100
8689 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 951-9700
kent@rudolphhammond.com

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| BELEM CHAVIRA, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>NOEL ESCOBAR and JANE DOE ESCOBAR, husband and wife; GRAYBAR ELECTRIC COMPANY, INC., a New York corporation; and JOHN DOES I-X,<br><br>Defendants. | Case No.:   CV2018-014369<br><br>**COMPLAINT**<br><br>(Tort – Motor Vehicle) |

Plaintiff Belem Chavira ("Plaintiff"), by and through counsel undersigned, hereby alleges as follows:

1. Plaintiff is a resident of Maricopa County, State of Arizona.

2. Upon information and belief, Defendant Noel Escobar and Jane Doe Escobar are residents of Maricopa County. At all relevant times, Defendant Noel Escobar was acting for and on behalf of the maritial community and was acting within the course and scope of his employment with Defendant Graybar Electric Company, Inc.

3. Upon information and belief, Defendant Graybar Electric Company, Inc. is a New York corporation with its principal place of business in St. Louis, Missouri.

4. John Does I-X are persons, partnerships, corporations, or unincorporated associations subject to suit in a common name whose names are unknown to Plaintiff

and who are, therefore, designated as fictitious names pursuant to Rule 10(f), Arizona Rules of Civil Procedure. Each of these Defendants caused Plaintiffs injuries by negligence or by breach of duties owed to Plaintiff, or is responsible as a matter of law for acts of others who caused Plaintiff injuries by such negligence of breach of duty. When the true name and identity of the fictitious person and/or entities are ascertained, Plaintiff will seek leave of the court to amend their Complaint in compliance with Rule 15, Arizona Rules of Civil Procedure.

5. Defendants caused certain events to occur in Maricopa County, Arizona, which give rise to this action, as hereinafter described.

6. Venue is proper in Maricopa County and the amount of controversy satisfies the jurisdictional requirement of the Superior Court.

7. Based on the facts of the case, pursuant to 8(b)(2) of the Arizona Rules of Civil Procedure, this is Tier 3 case.

8. On December 6, 2016, Plaintiff was traveling westbound on Northern Avenue near the Loop 101 on-ramp and 98th Avenue when Defendan Escobar, who was eastbound on Northern Avenue, failed to yield the right-of-way while turning left onto the 101 on-ramp and collided into Plaintiff's vehicle.

## COUNT ONE

### (Negligence- Defendant Noel Escobar)

9. Defendant Escobar failed to maintain a proper lookout, failed to operate his vehicle at a reasonable and prudent speed, and failed to properly yield the right-of-way to oncoming traffic while making a left turn. Such actions on the part of Defendant Escobar were negligent and were the sole and proximate cause of the collision.

10. As a direct and proximate result of the negligence of Defendant Escobar, Plaintiff sustained numerous injuries which have caused her considerable pain,

suffering, disability, loss of enjoyment of life, and anxiety. Upon information and belief, said injuries are permanent.

11. As a further direct and proximate result of the negligence of Defendant, Plaintiff was forced to incur expenses for medical care, treatment and services. Plaintiff has been informed and believes that additional medical expenses will be incurred in the future, all in an amount which is at the present time unascertainable. Plaintiff prays for leave to show what the reasonable value and total amount of said expenses are at the time of trial.

12. As a further direct and proximate result of the negligence of Defendant, Plaintiff suffered a loss of past and future income.

## COUNT TWO

**(*Respondeat Superior*- Defendant Graybar Electric Company, Inc.)**

13. Plaintiff incorporates the allegations contained within the previous paragraphs as if fully set forth herein.

14. At all relevant times, Defendant Escobar was acting in the course and scope of his employment with Defendant Graybar Electric Company, Inc. Therefore, Defendant Graybar Electric Company, Inc. is liable for any liability assessed against Defendant Escobar pursuant to the doctrine of *respondeat superior*.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants as follows:

A. A fair and reasonable amount of money to compensate Plaintiff for her personal injuries and damages, including but not limited to past and future pain, suffering, anxiety, permanent disabilities and disfigurement, loss of enjoyment of life, and impairments;

1   B.   An amount representative of the medical bills incurred by Plaintiff
2   and medical bills that will be incurred in the future, such amounts to be proven at trial;
3   C.   A fair and reasonable amount for the value of Plaintiff's lost income and
4   future loss of income;
5   D.   All costs incurred;
6   E.   Such other relief as this Court deems appropriate.
7   DATED this 5th day of December, 2018.

RUDOLPH & HAMMOND, LLC

By: /s/ Kent J. Hammond
Kent J. Hammond, Esq.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

RUDOLPH & HAMMOND, LLC
8689 E. San Alberto Dr.
Scottsdale, Arizona 85258
(480) 951-9700

RUDOLPH & HAMMOND, LLC.
Kent Hammond, Esq., #015100
8689 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 951-9700
kent@rudolphhammond.com

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BELEM CHAVIRA, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>NOEL ESCOBAR and JANE DOE ESCOBAR, husband and wife; GRAYBAR ELECTRIC COMPANY, INC., a New York corporation; and JOHN DOES I-X,<br><br>Defendants. | Case No.: CV2018-014369<br><br>**DEMAND FOR JURY TRIAL**<br><br>(Tort – Motor Vehicle) |

Plaintiff, by and through counsel undersigned, and pursuant to Rule 38(b) of the Arizona Rules of Civil Procedure, hereby requests a trial by jury of all issues triable of right by jury in the above-entitled action.

DATED this 5th day of December, 2018.

RUDOLPH & HAMMOND, LLC

Kent J. Hammond, Esq.

RUDOLPH & HAMMOND, LLC.
Kent Hammond, Esq., #015100
8689 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 951-9700
kent@rudolphhammond.com

Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BELEM CHAVIRA, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>NOEL ESCOBAR and JANE DOE ESCOBAR, husband and wife; GRAYBAR ELECTRIC COMPANY, INC., a New York corporation; and JOHN DOES I-X,<br><br>Defendants. | Case No. CV2018-014369<br><br>**CERTIFICATE RE:**<br>**COMPULSORY ARBITRATION** |

Pursuant to Rule 72(e)(1), Arizona Rules of Civil Procedure on Compulsory Arbitration, Plaintiff, by and through undersigned counsel, certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case **IS NOT** subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this 5th day of December, 2018.

RUDOLPH & HAMMOND, LLC

By /s/ Kent J. Hammond
Kent J. Hammond, Esq.



DIRTYS PROCESS SERVICE LLC
602-469-8899

JAN 07 2019

CLERK OF THE SUPERIOR COURT
K. KEE
DEPUTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

BELEM CHAVIRA, a single woman, )
) Case No. CV2018-014369
)
) CERTIFICATE OF SERVICE
) BY COURT CERTIFIED PROCESS SERVER
)
Plaintiffs, )
vs. )
GRAYBAR ELECTRIC COMPANY, INC., a )
New York corporation; et al., )
)
Defendants. )

MARK DOUGHERTY states: That he is duly qualified and licensed to serve process in this cause within the State in which it was served, having been so appointed by the court; that he received from Kent Hammond, attorney for the Plaintiff, the documents as described below: Summons, Complaint, Certificate re Compulsory Arbitration, Demand for Jury Trial

| PARTY SERVED | ADDRESS WHERE SERVED | DATE & TIME |
|---|---|---|
| Graybar Electric Company, Inc., by serving Josef Patawaran at the Corporation Service Company, stat agent | 8825 N. 23rd Ave #100 Phoenix, AZ 85021 | 1/3/19 10:23 a.m. |

Service Fees:   Attempts                        00.00
                Service                         26.00
                Document Prep                   15.00
                Mileage   (15)         15       39.00

                               TOTAL:    $ 80.00

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 5, 2019

Mark Dougherty, cert #4993
Dirtys Process Service LLC



AO Rev. (12) Summons in a Civil Action (Page 2)

Civil Action No. ~~18-cv-05643-BHS~~   CV# 2018-14364

JAN 29 2019
CLERK OF THE SUPERIOR COURT
H. GEARHART
DEPUTY CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Noel Escobar__

was received by me on *(date)* __1/14/19__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Jane Doe__
__Escobar Personal Address__ person of suitable age and discretion who resides there,
on *(date)* __1/14/2019__, and ~~mailed a copy to the individual's last known address;~~ or __left__

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certificate re. Compulsory ARbrt x02, summons x02 Complaint x02 sets, Demand for Jury Trl. x 2. Summons Escobar Dusan and summons Jane Doe Escobar, Cvufr cu ARbt. x02 - 110.00

My fees are $ __110.00__ for travel and $ __0__ for services, for a total of $ __0__

I declare under penalty of perjury that this information is true.

Date: __1/16/19__

__Breann Smith__
Server's signature

__Breann Smith__
Printed name and title

P.O Box 822912
Vancouver WA.
(98682)
Server's address

Additional information regarding attempted service, etc:

AO Rev. (12) Summons in Civil Action (Page 2)

Civil Action No. ~~3:18-cv-05843-BHS~~ CV 2018-14369

**COPY**

JAN 29 2019

CLERK OF THE SUPERIOR COURT
H. GEARHART
DEPUTY CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jane Doe Escobar
was received by me on *(date)* 1/14/19

☒ I personally served the summons on the individual at *(place)* 2106 Tulton Ave. Vancouver, WA. 98683 on *(date)* 1/14/19 @ 5pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Complaint x02, Certificate Compulsory Arbt. Demand for Jury trail/Summons x02, Certificate Re. Compulsory Arbt x02, Demand for Jury Trol. x1, 2 sets

My fees are $ 110.00 for travel and $ 0 for services, for a total of $ 110.00

I declare under penalty of perjury that this information is true.

Date: 1/16/19

_____
Server's signature

Breana Smith
Printed name and title

P.O Box 822912
Vancouver WA (98682)
Server's address

Additional information regarding attempted service, etc:

# EXHIBIT B

```
 1  Jeremy C. Johnson, Bar #025203
    Courtney D. Moran, Bar #034064
 2  JONES, SKELTON & HOCHULI, P.L.C.
    40 North Central Avenue, Suite 2700
 3  Phoenix, Arizona  85004
    Telephone: (602) 263-4453
 4  Fax: (602) 200-7868
    jjohnson@jshfirm.com
 5  cmoran@jshfirm.com
    minuteentries@jshfirm.com
 6
    Attorneys for Defendants Graybar Electric
 7  Company, Inc., and Noel Escobar
 8
```

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| BELEM CHAVIRA, a single woman, | NO. CV2018-014369 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | (Assigned to the Honorable Rosa Mroz) |
| NOEL ESCOBAR and JANE DOE ESCOBAR, husband and wife; GRAYBAR ELECTRIC COMPANY, INC., a New York corporation; and JOHN DOES I-X, | |
| Defendants. | |

Defendants Noel Escobar and Graybar Electric Company, Inc. ("Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1441, *et seq.*, notifies this Court that it filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as **Exhibit A**.

7339260.1

DATED this 4th day of February 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Courtney D. Moran
Jeremy C. Johnson
Courtney D. Moran
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Graybar Electric Company, Inc., and Noel Escobar

ORIGINAL of the foregoing electronically filed this 4th day of February 2019.

COPY of the foregoing mailed/e-mailed this 4th day of February 2019, to:

Kent Hammond
RUDOLPH & HAMMOND, LLC.
8689 E. San Alberto Drive
Scottsdale, Arizona 85258
Attorneys for Plaintiff

/s/ Carole B. Hauser

7339260.1

2